UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00478-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAMES HUBER,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the parties' Joint Status Report (# 24), filed March 10, 2006.  The parties have requested an additional two weeks to file a final status report which will advise the Court that a disposition has been reached or that the case will proceed by way of motions hearing and trial.  Based on the foregoing, it is

ORDERED that the parties shall file either a notice of disposition or a final status report by **Friday, March 24, 2006.**

Dated:  March 13, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge