UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00478-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAMES HUBER,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the parties' Joint Status Report [# 26], filed March 24, 2006. The parties stated that at this time, they are unable to resolve the case through a disposition and have suggested that the case proceed to a motions hearing. The parties have indicated that a motions hearing will take a full day. Accordingly, it is

ORDERED that a hearing on pending motions is scheduled for **Tuesday, June 20, 2006, at 9:00 a.m.** If the parties determine that the hearing will not take a full day, they are instructed to contact the Court's chambers.

    Dated:  March 27, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge