IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 05-cr-00478-WYD

UNITED STATES OF AMERICA,

v.

JAMES HUBER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's "Motion for Leave to Proceed In Forma Pauperis Pursuant to 28 U.S.C. Section 1915" (docket #59) filed on December 11, 2007, is **DENIED** as moot. Defendant's "Motion to Hold Evidentiary Hearing and Produce Documents" (docket #60) filed on December 11, 2007, is **DENIED** without prejudice as premature. Defendant's "Motion to Modify Language Used in 28 U.S.C. Section 2255 Motion" (docket #64) filed on March 3, 2008, is **GRANTED**.

    Dated: March 3, 2008