**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02576-WYD
Criminal Action No. 05-cr-00478-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES HUBER,

    Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

---

Daniel, Chief Judge

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this <u>22nd</u> day of December, 2008.

    BY THE COURT:

    s/ Wiley Y. Daniel
    CHIEF UNITED STATES DISTRICT JUDGE